IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YURIDIA A. ROCHA JARAMILLO,<br><br>PLAINTIFF,<br>v.<br>ALEJANDRO MAYORKAS, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, UR M. JADDOU, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, AND DENISE FRAZIER, DISTRICT DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES ATLANTA DISTRICT OFFICE,<br><br>DEFENDANTS. | Civil Action No.<br>1:24-cv-00999-SEG |

ORDER

Having read and considered Defendants' Unopposed Motion for Enlargement of Time to file a responsive pleading to Complaint for Writ of Mandamus and Declaratory Judgment and for good cause shown, it is hereby ORDERED that Defendants shall be granted an extension of time to file a responsive pleading to Complaint for Writ of Mandamus and Declaratory Judgment through and including July 12, 2024.

SO ORDERED this 2nd day of May, 2024.

_____
Sarah E. Geraghty
United States District Judge